# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**LEIGH ANN TAYLOR**                                                                           **PLAINTIFF**

**V.**                                      **CASE NO. 5:19-CV-5199**

**ANDREW M. SAUL, Commissioner**
**Security Administration**                                                                   **DEFENDANT**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 12) filed in this case on September 9, 2020, by the Honorable Erin L. Wiedemann, Chief United States Magistrate Judge for the Western District of Arkansas. The Magistrate Judge recommends reversing the decision of the ALJ and remanding this case to the Commissioner for further consideration. No objections were filed by the parties, and the Court agrees with the Magistrate Judge's recommendation.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 12) is **ADOPTED IN ITS ENTIRETY.** The decision of the ALJ is **REVERSED** and the matter is **REMANDED** for further consideration.

**IT IS SO ORDERED** on this 24th day of September, 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE